## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**CHRISTOPHER HOLDER**                                         **PLAINTIFF**

**v.**                      No. 4:20-CV-4022-SOH

**COOPER TIRE & RUBBER COMPANY**                 **DEFENDANT**

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, Christopher Holder, certifies that his initial disclosures were served on Defendant, Cooper Tire and Rubber Company, by and through their attorney of record, as required by Federal Rule of Civil Procedure 26(a), the following:

- Plaintiff's Initial Disclosures

                                                   Respectfully submitted,

                                                   /s/ James L. Cook_____
                                                   James L. Cook, AR Bar No. 2001174
                                                   Morgan, Cook & Beck, L.L.P.
                                                   3512 Texas Blvd.
                                                   Texarkana, Texas 75503
                                                   Telephone   903.793.5651
                                                   Fax: 903.794.5651

                                                   **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel by mail and/or electronically on the 10th day of June, 2020.

Amanda Orcutt
aorcutt@mwlaw.com
MITCHELL. WILLIAMS, SELIG,
  GATES & WOODYARD, PLLC
425 West Capitol Avenue, Ste. 1800
Little Rock, AR  72201

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James L. Cook_____