## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**CHRISTOPHER HOLDER**                                                            **PLAINTIFF**

**v.**                                    **No. 4:20-CV-4022-SOH**

**COOPER TIRE & RUBBER COMPANY**                                      **DEFENDANT**

### STIPULATION FOR DISMISSAL

It is stipulated and agreed by and among the parties in the above-styled case that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-styled cause of action should be dismissed with prejudice, each party to bear his and its own costs.

DATED February 8th, 2021.

Kathlyn Graves (ABN 76045)
Amanda G. Orcutt (ABN 2019102)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  (501) 688-8800
Facsimile:  (501) 688-8807
kgraves@mwlaw.com
aorcutt@mwlaw.com

*Attorneys for Defendant, Cooper Tire & Rubber Company*

James L. Cook (ABN 2001174)
MORGAN, COOK & BECK, L.L.P.
3512 Texas Boulevard
Texarkana, TX 75503
Telephone:  (903) 739-5651
Facsimile:  (903) 794-5651
jlcook@mcblawfirm.com

*Attorneys for Plaintiff, Christopher Holder*